UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 08-20208-CR-GOLD

        Plaintiff,

VS.

HECTOR FLORES-ARELLANO,

        Defendant(s).

_____/

## ORDER SETTING CHANGE OF PLEA HEARING

      This matter came before the Court pursuant to the Defendant's *ore tenus* request to set this cause for a change of plea, it is hereby

      **ORDERED AND ADJUDGED** that the above named defendant shall appear before the undersigned for a change of plea hearing on **Thursday, June 26, 2008 at 9:30 a.m.,** at the Wilkie D. Ferguson U.S. Courthouse, 400 North Miami Avenue, Courtroom 11-1, 11th floor, Miami, Florida 33128.

      **DONE AND ORDERED** at Miami, Florida, this _____10th_____ day of June, 2008.

                                                              UNITED STATES DISTRICT JUDGE
                                                             ALAN S. GOLD

cc:    AUSA Frank Tamen
        AFPD Anne M. Lyons